GEORGITSI REALTY, LLC, Appellant, v PENN-STAR INSURANCE COMPANY, Respondent.

Decided January 15, 2013

See 702 F3d 152.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH and PIGOTT.